# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## WICHITA DIVISION

| | |
|---|---|
| JEFFREY GARRELS, | ) |
| | ) |
| Plaintiff, | ) Cause No. 6:23-cv-1078 |
| | ) |
| vs. | ) Federal Employers' Liability Act |
| | ) (FELA) |
| UNION PACIFIC RAILROAD | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) **TRIAL BY JURY DEMANDED** |
| Serve Registered Agent at: | ) |
| C T Corporation System | ) |
| 112 S.W. 7th St., Suite 3C | ) |
| Topeka, KS 66603 | ) |

## COMPLAINT

Plaintiff Jeffrey Garrels, by and through counsel, Schlichter, Bogard & Denton, LLP and Morris, Laing, Evans, Brock & Kennedy, Chtd., states as follows for his Complaint against Defendant Union Pacific Railroad Company:

1. This cause of action arises under the provisions of 45 U.S.C. §§51-60, commonly known as the Federal Employers' Liability Act (FELA).

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331.

3. Venue of this action properly lies in the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §1391(b), because Defendant resides within this District and Division and engages in the interstate operation of a railroad within the State of Kansas and this Division.

4. Defendant is a corporation organized and existing under the law and operates a railroad business in several states, including the State of Kansas.

1

5. At all times relevant, Plaintiff Jeffrey Garrels was employed by Defendant as a locomotive engineer.

6. At all times mentioned herein, the duties of Plaintiff furthered the interstate commerce conducted by Defendant or in some way directly or substantially affected said commerce.

7. On or about July 5, 2021, Plaintiff was employed by Defendant as a locomotive engineer and was working in the scope and course of his employment at Defendant's depot in Marysville, Kansas, when he slipped and fell on the restroom floor which apparently had become wet from recent mopping which created a dangerous condition due to one or more of the following negligent acts or omissions of Defendant, its servants, agents, and/or employees:

    a. Defendant failed to provide a reasonably safe place to work;

    b. Defendant failed to provide reasonably safe conditions for work;

    c. Defendant failed to warn Plaintiff of a hazardous condition it created;

    d. Defendant failed to provide adequate assistance, in that it failed to adequately employ, train, and/or supervise maintenance personnel;

    e. Defendant violated 29 C.F.R. §1910.145(c) by failing to erect adequate caution signs to warn against the hazard created by Defendant's wet floors, constituting negligence per se; and

    f. Defendant violated the American National Standards Institute (ANSI) Z535.2-2011, setting forth standards for caution signs, including the placement of hazard alerting signs.

8. As a result, in whole or in part, of one or more of the foregoing negligent acts or omissions and/or regulatory violations, Plaintiff sustained injuries to his right hip and low back; he has received medical care, including multiple injections and a hip replacement surgery, and will continue to require medical care in the future; he has incurred and will continue to incur medical expenses; he has lost and will continue to lose wages, benefits, and earning capacity; he has sustained an impairment to his ability to perform work, household activities, and other activities of daily living, function and pleasure; he has experienced and will continue to experience physical pain and emotional distress; and he has sustained disfigurement; all to his damage.

WHEREFORE, Plaintiff Jeffrey Garrels prays for judgment against Defendant Union Pacific Railroad Company in a sum which is fair and reasonable in excess of Seventy-Five Thousand Dollars ($75,000), plus costs of suit.

**PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL COUNTS AND CLAIMS.**

**PURSUANT TO COURT RULES, PLAINTIFF REQUESTS THAT THE CASE BE TRIED IN THE WICHITA DIVISION.**

Respectfully submitted,

/s/ Nelson G. Wolff
NELSON G. WOLFF, #79083
SCOTT M. GERSHENSON, #29083
JONATHAN S. JONES, Pro Hac Forthcoming
SCHLICHTER BOGARD & DENTON, LLP
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
Tel: (314) 621-6115
Fax: (314) 621-7151
nwolff@uselaws.com
sgershenson@uselaws.com
jjones@uselaws.com

John W. Johnson #07684
MORRIS, LAING, EVANS,
BROCK & KENNEDY, CHTD.
300 N. Mead, Suite 200
Wichita, KS 67202-2745
Tel: (316) 262-2671
Fax: (316) 262-6226
jjohnson@morrislaing.com

ATTORNEYS FOR PLAINTIFF