# STATE OF NEBRASKA

WHEN THIS COPY CARRIES THE RAISED SEAL OF STATE OF NEBRASKA, IT CERTIFIES THE DOCUMENT BELOW TO BE A TRUE COPY OF THE ORIGINAL RECORD ON FILE WITH THE NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, VITAL RECORDS OFFICE, WHICH IS THE LEGAL DEPOSITORY FOR VITAL RECORDS

DATE OF ISSUANCE
6/25/2024
LINCOLN, NEBRASKA

**EXHIBIT B**

*Sarah Bohnenkamp*
SARAH BOHNENKAMP
ASSISTANT STATE REGISTRAR
DEPARTMENT OF HEALTH
AND HUMAN SERVICES



## STATE OF NEBRASKA - DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CERTIFICATE OF DEATH

24 08158

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME | Jeffrey Lynn Garrels |
| 2. SEX | Male |
| 3. DATE OF DEATH | June 11, 2024 |
| 4. CITY AND STATE OR TERRITORY, OR FOREIGN COUNTRY OF BIRTH | Beatrice, Nebraska |
| 5a. AGE - Last Birthday (Yrs.) | 54 |
| 6. DATE OF BIRTH | [redacted] |
| 7. SOCIAL SECURITY NUMBER | [redacted] |
| 8a. PLACE OF DEATH | HOSPITAL - Inpatient |
| 8b. FACILITY NAME | Bryan Medical Center East |
| 8c. CITY OR TOWN OF DEATH | Lincoln 68506 |
| 8d. COUNTY OF DEATH | Lancaster |
| 9a. RESIDENCE-STATE | Nebraska |
| 9b. COUNTY | Gage |
| 9c. CITY OR TOWN | Wymore |
| 9d. STREET AND NUMBER | [redacted] |
| 9g. INSIDE CITY LIMITS | NO |
| 10a. MARITAL STATUS AT TIME OF DEATH | Married |
| 10b. NAME OF SPOUSE | Wendy Ames |
| 11. FATHER'S NAME | [redacted] |
| 12. MOTHER'S NAME | [redacted] |
| 13. EVER IN U.S. ARMED FORCES? | No |
| 14a. INFORMANT-NAME | Wendy Garrels |
| 14b. RELATIONSHIP TO DECEDENT | Wife |
| 15. METHOD OF DISPOSITION | Cremation |
| 16a. EMBALMER-SIGNATURE | Not Embalmed |
| 16c. DATE | June 14, 2024 |
| 16d. CEMETERY, CREMATORY OR OTHER LOCATION | Lincoln Cremation Service |
| CITY / TOWN | Lincoln |
| STATE | Nebraska |
| 17a. FUNERAL HOME NAME AND MAILING ADDRESS | [redacted] |

### CAUSE OF DEATH

PART I.

| | Cause | Approximate Interval |
|---|---|---|
| a) IMMEDIATE CAUSE | Acute Respiratory Failure with Hypoxia | Hours |
| b) DUE TO | Severe Pulmonary Hypertension | Hours |
| c) DUE TO | Chronic Diastolic heart failure | Months |
| d) DUE TO | Cardiac Arrest | Minutes |

18. PART II. OTHER SIGNIFICANT CONDITIONS: Chronic obstructive pulmonary disease, history of pulmonary embolism, paroxysmal atrial fibrillation, hypertension, chronic anticoagulation.

19. WAS MEDICAL EXAMINER OR CORONER CONTACTED? NO

21a. MANNER OF DEATH: Natural
21c. WAS AN AUTOPSY PERFORMED? NO

23a. DATE OF DEATH: June 11, 2024
23b. DATE SIGNED: June 13, 2024
23c. TIME OF DEATH: 05:51 PM
Certifier: Isaac C Meier, MD

25. DID TOBACCO USE CONTRIBUTE TO THE DEATH? UNKNOWN
26a. HAS ORGAN OR TISSUE DONATION BEEN CONSIDERED? NO

27. NAME, TITLE AND ADDRESS OF CERTIFIER: Isaac C Meier, MD, 1600 S 48th St, Ste 300, Lincoln, Nebraska, 68506

28a. REGISTRAR'S SIGNATURE: *Patricia D. Lopez*
28b. DATE FILED BY REGISTRAR: June 17, 2024

GARRELS 001710