# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| JEFFREY GARRELS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNION PACIFIC RAILROAD ) <br> COMPANY, ) <br> ) <br> Defendant/Third-Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> C&W FACILITY SERVICES, INC., ) <br> ) <br> Third-Party Defendant/Additional ) <br> Third-Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VERICLEAN SERVICES ) <br> CORPORATION, ) <br> ) <br> Additional Third-Party Defendant. ) | Case No. 23-CV-01078-TC-GEB |

## CONSENT MOTION TO SUBSTITUTE PARTIES

Counsel for Wendy Garrels, as Special Administrator of the Estate of Jeffrey Garrels, hereby file this Consent Motion to Substitute Parties to correct the proper Plaintiff party in this matter. In support of this motion, counsel state as follows:

1. On or about June 11, 2024, Jeffrey Garrels passed away.

2. On June 28, 2024, Wendy Garrels was appointed as Special Administrator over the Estate of Jeffrey Garrels (Deceased) in the County Court of Gage County, Nebraska, and as such is the legally entitled representative to administer decedent's estate under Neb. Rev. Stat. §30-2459 (See Exhibit 1 attached).

1

3. Plaintiff's cause of action for personal injury is not extinguished by decedent's death pursuant to 45 U.S.C. §59, which states in pertinent part, "Any right of action given by this chapter to a person suffering injury shall survive to his or her personal representative, for the benefit of the surviving widow or husband and children of such employee…"

4. Wendy Garrels will act as the Special Administrator of all surviving heirs of Jeffrey Garrels who are legally entitled to a recovery with authority to prosecute or settle this lawsuit.

5. Counsel has conferred with the other parties, who do not oppose this motion.

6. A copy of this motion and suggestion of death, filed contemporaneously herewith, are being delivered to the surviving heirs of Jeffrey Garrels who are legally entitle to a recovery pursuant to 45 U.S.C. §59.

WHEREFORE, Wendy Garrels moves this Honorable Court to substitute Wendy Garrels, as successor or administrator of Jeffrey Garrels' estate, for all purposes concerning the prosecution of his claim against Defendant and to appoint Wendy Garrels as the Administrator of all surviving heirs of Jeffrey Garrels who are legally entitled to a recovery, including herself, with authority to prosecute and settle this lawsuit on behalf of all said surviving heirs of Jeffrey Garrels who are legally entitled to a recovery and for such relief as this Court deems just and proper under the premises.

Respectfully submitted,

*s/ Nelson G. Wolff*
Nelson G. Wolff, #79083
Jonathan S. Jones, *pro hac vice*
SCHLICHTER BOGARD LLP
100 South Fourth Street
St. Louis, MO 63102
Tel:  (314) 621-6115
Fax:  (314) 621-7151
nwolff@uselaws.com
jjones@uselaws.com

-and-

John W. Johnson # 07684
MORRIS, LAING, EVANS,
BROCK & KENNEDY, CHTD.
300 N. Mead, Suite 200
Wichita, KS 67202-2745
Tel:  (316) 262-2671
Fax:  (316) 262-6226
jjohnson@morrislaing.com

*Attorneys for Wendy Garrels,*
*as Special Administrator of the Estate of*
*Jeffrey Garrels*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 11th day of July, 2024, a copy of the foregoing was filed with the Court's electronic filing system which will serve same upon the following counsel of record:

Trent R. Church
KNIGHT NICASTRO MACKAY, LLC
304 W. 10th St.
Kansas City, MO 64105
church@knightnicastro.com

Chad M. Knight
KNIGHT NICASTRO MACKAY, LLC
1401 Walnut St., Ste. 200
Boulder, CO 80302
knight@knightnicastro.com

*Attorneys for Defendant/Third-Party Plaintiff Union Pacific Railroad Company*

John P. Woolf
TRIPLETT WOOLF GARRETSON, LLC
2959 N. Rock Road, Suite 300
Wichita, KS 67226
jpwoolf@twgfirm.com

*Attorneys for Third-Party Defendant/Additional Third-Party Plaintiff C&W Facility Services, Inc.*

Bradley S. Russell
Michael K. Hobbs
SANDERS, WARREN & RUSSELL, LLP
11225 College Boulevard, Suite 450
Overland Pak, Kansas 66210
b.russell@swrllp.com
m.hobbs@swrllp.com

*Attorneys for Third-Party Defendant Vericlean Services Corporation*


Service will be made on the following via hand delivery:

Sarah Baete
2150 West Oak Road
Beatrice, NE 68310

*Daughter of Jeffrey Garrels*

Ethan Garrels
5173 East State Hwy 8
Wymore, NE 68466

*Son of Jeffrey Garrels*


            /s/ Nelson G. Wolff