# EXHIBIT E

## COMMUNITY MEMORIAL HEALTHCARE, INC.
708 NORTH 18TH
MARYSVILLE, KS 66508
785-562-2311

### EMERGENCY ROOM NOTE

NAME: GARRELS JEFF L                                    M.R.: ▓▓▓

DOB: ▓▓▓

DOCTOR: BEN M BRUNA, MD                                 DATE: 07/05/21

CC: Right hip pain

HPI: Jeff presents to the ER to this evening complaining of right hip pain. He was working at the Railroad, went to the bathroom and said that the bathroom was wet. There was no sign on the floor, so he was unaware that it was wet when he walked in, he slipped and fell onto the right side and buttock. He said initially the pain was very severe, he had a difficult time getting up. This was about an hour and half before he came to the ER. Once here, he said the pain is subsiding. He is able to get up and walk, but with some flexion and extension of the hip, he does get some shooting type pains, but he says they are significantly better than initially when he fell he could not get up at all. So he has made good improvement. He can bear weight here in the ER. He denies any other injuries. ==He says he did not hit his head, neck or back.== He does not have any shortness of air or chest pain. No other concerning symptoms at this time, just concerned with the hip pain. He denies nausea, vomiting, weakness, numbness. ==He says he has chronic back pain, but he is not having any back pain here at all in the ER. He did not hurt his back during the fall per his report.==

PAST MEDICAL HISTORY: As mentioned, significant for some chronic back pain. He does take Cymbalta.

PE: T 97.6, P 81, R 18, BP 141/74, O2 sat 98%. GENERAL: alert and oriented, no acute distress. HEENT: normocephalic atraumatic. NECK: supple. CV: RRR. LUNGS: CTA no crackles or wheezes. ABDOMEN: soft and nontender to palpation, positive bowel sounds. EXTREMITIES: no significant tenderness to the lower spine or right hip, but when I do get him up and he ambulates, he can bear weight, but with flexion and extension of the hip, he does get some shooting pains, but they are significant improved per his report from when he initially had the injury. We did get an x-ray of the right hip. I do not appreciate any acute fracture. We will await radiology overread.

A:
1. Right hip pain status post fall

Continued on page 2-

**EMERGENCY ROOM NOTE**

UP (GARRELS) 001649