

BCHHC FAM MED GAGE CTY
4800 Hospital Pkwy.
Beatrice NE 68310
Notes Report

Garrels, Jeffrey L.

Visit date: 6/6/2019

Progress Notes by Brady W Hanquist, PA at 6/6/2019 1:30 PM (continued)

**SUBJECTIVE:**

Jeffrey L. Garrels is a 49 y.o. year old male who is here today to discuss ongoing problems with left mid to low lumbar back pain and intermittent symptoms of left sciatica. He has had intermittent problems with this going back all the way to January 2016. He was evaluated in this clinic in May 2016 and prescribed Flexeril and started physical therapy. He does report that his symptoms improved at that time, but he has continued to have intermittent problems. He works as a train conductor and reports that riding in the train is very rough and causes his back to be very tense. He reports on average she is having left low back pain symptoms 7-10 days out of each month and left sciatica symptoms 1-2 days out of each month. Left sciatica symptoms include pain radiating down the posterior left leg to the level of the knee. Symptoms worsen with bending, stooping and lifting. Past treatments include NSAIDs, muscle relaxants and physical therapy. He denies any pain radiating to the groin. No lower extremity weakness, numbness or tingling. No bowel/bladder dysfunction. He has never had an MRI.

Patient has a past medical history of Anemia, Cardiomegaly, CHF (congestive heart failure) (HCC), COPD (chronic obstructive pulmonary disease) (HCC), Cor pulmonale (HCC), Obese, Pulmonary hypertension (HCC), and Sleep apnea with use of continuous positive airway pressure (CPAP).

No Known Drug Allergies

**Current Medications**

| Medication | Sig |
|---|---|
| • budesonide-formoterol (SYMBICORT) 160-4.5 mcg/actuation inhaler | Inhale 2 puffs into the lungs 2 (two) times a day. |
| • cyclobenzaprine (FLEXERIL) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime as needed for Muscle spasms. |

**Social History**

| Tobacco Use | |
|---|---|
| Smoking Status | Former Smoker |
| • Last attempt to quit: | 2013 |
| • Years since quitting: | 6.4 |
| Smokeless Tobacco | Current User |
| • Types: | Chew |

**OBJECTIVE:**

BP 140/72 | Pulse 86 | Temp 36.6 °C (97.9 °F) | Resp 20 | Ht 1.854 m (6' 1") | Wt (!) 141.1 kg (311 lb) | SpO2 95% | BMI 41.03 kg/m²

General: Alert and Oriented x 3. Obese white male. Movements are slow and guarded due to back pain.
Lungs: Clear to ausculation bilaterally. Normal inspiratory effort
Cardiac: RRR. No murmur
Musculoskeletal: Full range of motion in forward flexion at the waist. Increased pain when coming back up. He has moderate localized tenderness and muscle spasm over the left mid lumbar back and paraspinous musculature. Straight leg raise negative for radicular pain today. Lower extremity strength is 5/5 and equal

Patient: Garrels, Jeffrey L. (MRN 03434949)

GARRELS 001140