# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| WENDY GARRELS, as Special Administrator of the Estate of Jeffrey Garrels, deceased. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | ) ) ) |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) ) |
| C&W Facility Services, Inc., | ) ) |
| Defendant/Third-Party Defendant/ Additional Third-Party Plaintiff, | ) ) ) |
| v. | ) ) |
| VERICLEAN SERVICES CORPORATION, | ) ) ) |
| Defendant/Third-Party Defendant | ) |

Case No.    23-CV-01078-TC-GEB

## JOINT NOTICE OF MEDIATION

The parties provide the following Joint Notice of Mediation, stating the following information:

**Mediator**:   Robert Schieber
Jay Daugherty Mediation & Arbitration
4717 Grand, Suite 830
Kansas City, Missouri 64112

Mediation is scheduled for March 18, 2025, beginning at 9:00 a.m. Mediation will be conducted via Zoom Video Conferencing.

Respectfully Submitted,

_/s/ Michael K. Hobbs_
Bradley S. Russell,   KS #13734
Michael K. Hobbs,    KS #27841
Steve R. Savio,      KS #30280
SANDERS WARREN & RUSSELL, LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Phone: 913.234.6100
Fax: 913.234.6199
b.russell@swrllp.com
m.hobbs@swrllp.com
s.savio@swrllp.com
**ATTORNEYS FOR THIRD-PARTY DEFENDANTS VERICLEAN SERVICES CORPORATION**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2025, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record:

Jonathan S. Jones, *pro hac vice*
Chuck W. Armbruster
Scott M. Gershenson
SCHLICHTER BOGARD LLP
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
jjones@uselaws.com
carmbruster@uselaws.com
sgershenson@uselaws.com

John W. Johnson
MORRIS, LAING, EVANS, BROCK,
& KENNEDY, CHTD.
300 N. Mead, Suite 200
Wichita, KS 67202
jjohnson@morrislaing.com
*Attorneys for Plaintiff*

John P. Woolf
TRIPLETT WOOLF GARRETSON, LLC
2959 N. Rock Road, Suite 300
Wichita, Kansas 67226
jpwoolf@twgfirm.com
*Attorneys for Third-Party Defendant/*
*Additional Third-Party Plaintiff*
*C&W Facility Services, Inc.*

Trent R. Church
KNIGHT NICASTRO MACKAY, LLC
304 W. 10th Street
Kansas City, Missouri 64105
church@knightnicastro.com
*Attorneys for Defendant/Third-Party*
*Plaintiff Union Pacific Railroad Company*

                                                   /s/  Michael K. Hobbs
                                                   *Attorney*