## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **WENDY GARRELS,** | ) | | |
| | ) | Case Number: | **23-1078** |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **UNION PACIFIC RAILROAD COMPANY, ET AL.,** | ) | | |
| | ) | | |
| Defendants. | ) | Date of Hearing: | **6/23/25** |
| _____ | ) | | |

### CIVIL MINUTE SHEET – TELEPHONE CONFERENCE

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **12 minutes** |

**APPEARANCES:**   parties appear:   **Via Telephone**

*Plaintiff Wendy Garrels*                                              *Jonathan Jones*
*Defendant Union Pacific Railroad Company*           *Nicholas Snow*
*Third Party Plaintiff C&W Facility Services, Inc.*      *John Woolf*
*Cross Defendant VeriClean Services Corporation*  *Steve Savio*

**NATURE OF HEARING:**

The parties discuss the scheduling of a settlement hearing in connection with Doc. 162, Motion to Approve Distribution of Settlement Proceeds.

The Court sets a **Settlement Approval Hearing by Telephone for June 30, 2025 at 9:00 a.m.**  The parties are to call into the Court's conference line:  785-337-8299; Access Code: 890 312 185.